

U.S. Department of Justice

*United States Attorney's Office*

*Eastern District of New York*

AH
F.#2008R00052

*271 Cadman Plaza East*
*Brooklyn, New York   11201*


December 5, 2012

By ECF

All Defense Counsel

                    Re:   United States v. Conrad Ianniello, et al.
                          Criminal Docket No. 12-264 (NGG)

Dear Counsel:

          Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
supplemental discovery with respect to the above-captioned case.
The government hereby reiterates its request for reciprocal
discovery.

•     On or about March 19, 2010, a cooperating witness ("CW#2")
      made a consensually recorded conversation with Conrad
      Ianniello, among others who are not defendants in this case.
      A copy of that recording is available on a disk bates
      stamped Discovery Exhibit 11.[1]

•     On or about and between February 25, 2008 and October 16,
      2008, a cooperating witness ("CW#3") made consensually
      recorded conversations that either concerned, or involved,
      Ryan Ellis and Conrad Ianniello, among others who are not
      defendants in this case.  A copy of those recordings is
      available on a disk bates stamped Discovery Exhibit 12.

•     Discovery Exhibit 13 consists of various documents
      associated with Local Union No. 7, M & M Marble & Tile Inc.
      and/or the Paramount Hotel.[2]

_____

      [1]    This recording was previously produced to defense
counsel for Ianniello on a disk bates stamped IA 1.

      [2]    The documents contained in Discovery Exhibit 13 were
previously produced to defense counsel for Squitieri as documents
bates stamped SQU000000001 - 320.

The discs described herein are available at DupeCoop. You may obtain these materials by contacting John Palermo at (973) 895-1359 and referencing the associated Bates numbers.

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

BY:   /s/_____
Amanda Hector
Assistant U.S. Attorney
(718) 254-6212

cc:  Clerk of Court (NGG)